

# Missouri Court of Appeals
## Southern District

**MARCH 7, 2016**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.    Case No.  SD33802

      Re:    STATE OF MISSOURI,
             Respondent,
             vs.
             GERALD W. MOGAN,
             Appellant.